*ocdsmTr*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In Re: Debtor(s) (name(s) and address)  
Ernest R. Holeman  
fdba ERH Construction  

xxx–xx–1660  
252 Teneyck Street  
Watertown, NY 13601  

Case Number: 08–32952–5–mcr

Chapter: 7

## ORDER CLOSING DISMISSED CASE AND DISCHARGING TRUSTEE

The above named case having been dismissed by Order dated 10/16/2014 , it is

ORDERED that Randy J. Schaal–Trustee is discharged as trustee of the estate of the above–named debtor(s) and that the case be and hereby is closed.

Syracuse, NY  
DATED: 5/26/15

*BY THE COURT*

Margaret M. Cangilos–Ruiz  
Chief U.S. Bankruptcy Judge