*ocdsmTr*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In Re: Debtor(s) (name(s) and address)  )
Ernest R. Holeman  )
fdba ERH Construction  )
)Case Number: 08−32952−5−mcr
xxx−xx−1660  )
252 Teneyck Street  )
Watertown, NY 13601  )
)Chapter: 7

## ORDER CLOSING DISMISSED CASE AND DISCHARGING TRUSTEE

The above named case having been dismissed by Order dated 10/16/2014 , it is

ORDERED that Randy J. Schaal−Trustee is discharged as trustee of the estate of the above−named debtor(s) and that the case be and hereby is closed.

Syracuse, NY
DATED: 6/2/15

*BY THE COURT*

Margaret M. Cangilos−Ruiz
Chief U.S. Bankruptcy Judge